# UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT of DELAWARE

In Re: John S Benson

                     Chapter  13

                     Case No  15-10468-BLS

## WITHDRAWAL OF PROOF OF CLAIM

TO THE CLERK:

We respectfully request the withdrawal of proof of claim no. 5 filed on behalf of

Creditor  Army & Air Force Exchange Svc

In the amount of $ 4051.85

              Respectfully submitted,
              /s/  Rita Torres
              Authorized Agent for  Army & Air Force Exchange Svc
              Bass & Associates, P.C.
              3936 E. Fort Lowell Rd.
              Tucson, AZ  85712

**Dated:**  09/21/2018