FOR THE DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| John S. Benson,<br>Loretta J. Benson, | Case No: 15-10468 BLS |
| Debtor(s). | Chapter 13 |
| John S. Benson,<br>Loretta J. Benson, | |
| Movant(s). | |
| v. | Objections due by: October 3, 2018<br>Hearing Date: October 29, 2018 at 9:30 a.m. |
| Army & Air Exchange Services | |
| Respondent(s). | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO 38**

The undersigned hereby certifies that as of the date hereof, she has received no answer, objection or other responsive pleading to the objection filed on September 13, 2018 vs. Army & Air Exchange Services. (Claim No.5). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than October 3, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

COOPER LEVENSON LAW FIRM

Dated: 10/12/2018

By: /s/ERIN K. BRIGNOLA
ERIN K. BRIGNOLA (DE 2723)
*Attorney for Debtor*
30 Fox Hunt Drive
Fox Run Shopping Center
Bear, DE 19701
(302) 838-2600
ebrignola@cooperlevenson.com