IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

John S. Benson,  } Case No: 15-10468 BLS
Loretta J. Benson,  }
      Debtor(s)  } Chapter 13
 }
 } REF DI #:

## ORDER

AND NOW, TO WIT, this 15th day of October 2018, after notice and no responses having been filed to the Objection to the Stale Claim of Army & Air Force Exchange Services filed in the Bankruptcy Court's Claims Register as Claim #5.

**IT IS ORDERED**, Claim #5, shall be deemed stale and disallowed.

_____
U.S. BANKRUPTCY COURT JUDGE